The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

**DEFENDANTS**
Leesdale Hospital / Alleghany
Alleghenny Regional Health System,
Virginia Jeffrey Taswell
Donald Mytron

**(b)** County of Residence of First Listed Plaintiff  Phila
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Harry Sher 215-985-1003
#1950 1500 JFK Blvd Phila PA 19102

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

Virginia

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☒ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity
Brief description of cause: medical mal

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE
DOCKET NUMBER

SEP 15 2017

DATE 9/15/15
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:17-cv-04139-GAM   Document 1   Filed 09/15/17   Page 2 of 8

# UNITED STATES DISTRICT COURT

17   4139

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 8263 Forrest Ave, Phila PA 19150

Address of Defendant: 1 Arch Lone Low moor, VA 24457

Place of Accident, Incident or Transaction: Virginia

(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☑

Does this case involve multidistrict litigation possibilities?   Yes☐   No☑

RELATED CASE, IF ANY:
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☑ Other Personal Injury (Please specify) Med mal
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, Harry Sher, counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 9/15/15   Harry J. Sher   17762
Attorney-at-Law   Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

SEP 15 2017

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 9/15/15   Harry J. Sher   17762
Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Brown
          v.                                        CIVIL ACTION
Dersgale Hospital
                                                    NO. 17    4139

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (✓)

9/15/15            Harry J. Skev            Attorney for Plf
Date               Attorney-at-law
215-985-1063       267-649-8076             hsler/austun@gmail.
Telephone          FAX Number               E-Mail Address       Copy

(Civ. 660) 10/02

SEP 15 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY BROWN<br>8263 FORREST AVE.<br>Phila. Pa 19150,<br>PLAINTIFF | : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br>17  4139 |
| vs. | : | |
| LEWISGALE HOSPITAL ALLEGHANY<br>1 ARH LANE<br>LOWMOOR, VA 24457<br>AND<br>ALLEGHANY REGIONAL HEALTH SYSTEM<br>1 ARH LANE<br>LOWMOOR, VA 24457<br>And<br>JEFFREY TURNER<br>1 ARH LANE<br>LOWMOOR, VA 24457<br><br>AND<br>CONNIE HYLTON<br>1 ARH LANE<br>LOWMOOR, VA 24457<br><br>DEFENDANTS | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | FILED<br>SEP 15 2017<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk<br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

# COMPLAINT

I. <u>PARTIES</u>

1)  Plaintiff, Leroy Brown U.S. citizen residing in Philadelphia, Pennsylvania 2)

1

2) Defendants are medical providers:

LEWISGALE HOSPITAL ALLEGHANY
1 ARH LANE
LOWMOOR ,VA 24457
    AND                                                                  :
ALLEGHANY REGIONAL HEALTH SYSTEM
1 ARH LANE
LOWMOOR ,VA 24457
    And
JEFFREY TURNER
1 ARH LANE
LOWMOOR ,VA 24457

AND
CONNIE HYLTON
1 ARH LANE
    LOWMOOR VA 24457

II.   **NATURE OF ACTION**

    3.   This is an action for damages arising from plaintiff's personal injuries

III.   **JURISDICTION**

    Diversity.

IV.   **JURY DEMAND**

    4)   Plaintiff demands a jury.

V.   **FACTS**

    5. Plaintiff was admitted to Defendants' care on September 15, 2015.

    6.   On January 22, 2015, Plaintiff was under the care and treatment of the Defendants when he suffered a stroke.

    Paragraphs 7-18 not applicable.

2

19. The Defendants failed to provide proper care to Plaintiff.

20. The improper care that was rendered caused Plaintiff to suffer a subsequent stroke.

21. The aforesaid improper care increased the risk of harm to the Plaintiff and was the cause of his stroke.

22. During his hospitalization in Defendants' facility, Plaintiff was in the care of Defendants, their agents, servants, workers and/or employees, who did impliedly agree to exercise the degree of specialized care and skill in their care of Plaintiff as is expected of a person and facilities in their professional standing.

23. The negligence of the Defendants, their officers, nurses, agents, servants, and/or employees, consisted, of the following:

   (a) Failure to possess the degree of care and skill ordinarily exercised in similar cases;
   (b) Failure to exercise the requisite degree of care and skill;
   (c) Failure to possess the requisite degree of knowledge and skill ordinarily possessed;
   (d) Failure to conform to the requisite standards of care under the circumstances;
   (e) Failure to properly and adequately supervise Defendants' agents, servants, or employees during Plaintiff's hospital stay;
   (f) Failure to exercise reasonable care under the circumstances;
   (g) Failure to have reasonable, diligent and properly trained personnel on duty to care for Plaintiff;
   (h) Failure to properly supervise their agents, servants and/or employees in the care of Plaintiff;
   (i) Defendants are responsible for the negligent acts and omissions of their agents, servants and/or employees;
   (j) Failure to protect Plaintiff from unreasonable and foreseeable risk of harm;
   (k) Failure to provide good and accepted practice regarding Plaintiff's care;
   (l) Failure to adequately monitor and/or observe Plaintiff;
   (m) Failure to follow procedures and protocol;
   (n) Failure to adequately set-up necessary equipment;
   (o) Failure to provide adequate and necessary personnel;
   (p) Failure to warn Plaintiff;
   (q) Failure to take necessary and prophylactic steps to protect Plaintiff;
   (r) Failure to provide skilled and competent staff;

(s) Failure to adequately assist Plaintiff;
(t) Such other negligence as may be discovered during the course of discovery.

24. The Defendants are all health care providers and Plaintiff is asserting professional liability claims against said Defendants.

25. By reason of the negligence and carelessness of the Defendants, Plaintiff sustained the following injuries: a stroke, possible exacerbation and aggravation of pre-existing conditions and various othis injuries, the exact extent of which are unknown at this time, shocking injury to his nerves, emotional and nervous system, which injuries may be and probably are of a permanent nature with permanent disability and loss of function, and all of which are serious injuries.

26. As a result of the injuries sustained, Plaintiff has been obliged to expend various sums of money for medicines and medical attention in and about endeavoring to treat and cure himself of his injuries, to his great financial damage and loss.

27. As a result of the aforesaid, Plaintiff in the past suffered and probably will in the future suffer great physical pain and agony; mental anguish and humiliation, he has in the past and probably will in the future be hindered and prevented from attending to his usual and daily duties, occupations, employments, pleasures and activities, and he has probably sustained a permanent impairment of his working ability and earning power.

28. As a result of the aforesaid, Plaintiff has incurred medical obligations and possible income losses as a result of the injuries sustained in this accident, the exact amount of which is unknown.

29. Said occurrence resulted solely from the negligence of the Defendants and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

30. At all times relevant hereto, Defendants acted or failed to act for themselves or for each other.

PRAYER FOR RELIEF

*WHISEFORE*, Plaintiff requests the Court to:

a) Enter judgment in his favor and against defendants individually, jointly and severally;
b) Award his general damages;
d) Award compensatory damages to Plaintiff;
~~g) Award punitive damages to Plaintiff.~~

Respectfully submitted,

/s/: 4623 Harry J. Shis

HARRY J. SHIS, ESQUIRE
PA Attorney I.D. No.:
1930 Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Phone: 215.985.1003;
Fax: 267.649.8036
Email: hjshislawfirm@gmail.com

5